1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   LONNIE WILLIAMS,                         No.  2:  15-cv-1767 JAM KJN P

12              Plaintiff,

13        v.                                  ORDER

14   R. AGREDANO, et al.,

15              Defendants.

16

17        Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant

18   to 42 U.S.C. § 1983.  Plaintiff has filed two motions for injunctive relief (ECF Nos. 18, 20), in

19   which she requests permission to serve discovery requests on defendants and non-defendants.

20        Plaintiff is informed that court permission is not necessary for discovery requests on

21   parties, and that neither discovery requests served on an opposing party nor that party's responses

22   should be filed until such time as a party becomes dissatisfied with a response and seeks relief

23   from the court pursuant to the Federal Rules of Civil Procedure.  Discovery requests between the

24   parties shall not be filed with the court unless, and until, they are at issue.

25        Plaintiff's requests to serve non-parties with subpoenas, etc. are not well supported.

26   Plaintiff does not specifically identify the non-parties on whom she seeks to serve subpoenas, etc.

27   Plaintiff also does not specifically describe the information she seeks from these non-parties and

28   how it is relevant to the instant action.

1

1    Accordingly, IT IS HEREBY ORDERED that plaintiff's motions for injunctive relief

2 (ECF Nos. 18, 20), in which she seeks permission to conduct discovery, are denied.

3 Dated:  March 24, 2016

4

5                                                                          KENDALL J. NEWMAN
                                                                           UNITED STATES MAGISTRATE JUDGE

6

7 Will1767.411

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                                              2